IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

DAVID GILCHRIST, *et al.*,

Defendants.

3:26-CV-2953-Z

**ORDER**

Before the Court are Plaintiffs' Applications for Admission *Pro Hac Vice* on behalf of Jonathan S. Polish and James G. O'Keefe, both filed August 31, 2026 ("Applications"). ECF Nos. 2, 7. Mr. Polish and Mr. O'Keefe ("Applicants") are members in good standing of the bar of the highest court in the state of Illinois. ECF No. 2 at 2; ECF No. 7 at 2. The applicants represent that they have read—and will comply with—both *Dondi Props. Corp. v. Com. Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) and the Local Rules for the Northern District of Texas. ECF No. 2 at 3; ECF No. 7 at 3. And the requirement to obtain local counsel under Local Rule 83.10 has been waived. Thus, the Applications (ECF Nos. 2, 7) is **GRANTED**.

**SO ORDERED.**

September 3, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE